UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMANDEEP GHUMAN and SHAKSHI GHUMAN, Husband and Wife, and GURSHAAN GHUMAN, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY INSURANCE COMPANY,<br><br>Defendant. | No. 2:24-CV-00094-RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS** |

TO:      The Clerk of the Court;

AND TO:  All Parties and their Counsel of Record.

## I.      STIPULATION

Defendant American Family Mutual Insurance Company (American Family) and Plaintiffs Amandeep Ghuman, Shakshi Ghuman and Gurshaan Ghuman by and through their attorneys of record hereby stipulate that this case and Plaintiff's claims against American Family shall be dismissed with prejudice and without costs to any party.

DATED this 19th day of June 2024.

NOTICE AND NOTICE OF
STIPULATED DISMISSAL – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444/F: (206) 467-5544

## II.   ORDER

IN THIS MATTER, having come before the Court, and the Court having reviewed and considered the following:

    1.    Stipulated Dismissal of All Claims

Based on the foregoing, the Court having considered the Stipulated Dismissal of All Claims, and being otherwise fully advised, IT IS HEREBY ORDERED that this matter be dismissed without prejudice and without costs to any party.

Dated this 24th day of June, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

LETHER LAW GROUP

*s/ Sam Colito*
Sam Colito, WSBA #42529
1848 Westlake Avenue N., Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
scolito@letherlaw.com
*Counsel for Defendant*

LAW OFFICES OF W. TRACY CODD

*s/ W. Tracy Codd*
W. Tracy Codd
P.O. Box 1238
Seahurst, Washington 98062
wtcodd@comcast.net
*Counsel for Plaintiffs*